**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Erik Santana Guanche v. The State of Texas

Appellate case number:    01-13-00851-CR

Trial court case number:  1869024

Trial court:              County Criminal Court at Law No. 7 of Harris County

       It is ordered that Appellant's Motion for Rehearing is **denied**.


Justice's signature: /s/ Rebeca Huddle
                     Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Bland and Huddle


Date: <u>January 15, 2015</u>